## MICHAEL KILDAY v. JAMES LEYTLE.

**Damages—Default Judgment.**
> No judgment by default can be taken for damages without proof before a jury or commissioner.

### APPEAL FROM KENTON CIRCUIT COURT.

September 30, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

There are various items in appellee's set-off which sound entirely in damages as for a tort and are not of mere contract, hence no judgment by default could be taken on such without proof before a jury, or reference to a commissioner.

Wherefore the judgment being erroneous is reversed, with directions for further proceedings.

*Menzies & Furber,* for appellant.

*Dawson,* for appellee.